# In the United States Court of Federal Claims

No. 06-51T
Filed March 28, 2006

| | |
|---|---|
| HAROLD C. PERKINS and<br>ALAYNE M. PERKINS, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The parties have represented that this case presents the same issues of law and fact as several other cases that are pending before the United States Court of Federal Claims. The parties to these related cases previously have selected seven representative cases to proceed and have requested that proceedings in the remaining cases be stayed.

The parties' March 24, 2006 Joint Motion for Suspension of Proceedings is hereby **GRANTED**. Accordingly, the case is **STAYED**, pending a final decision in three of the seven representative cases: *Isler* v. *United States*, Fed. Cl. No. 01-344T; *Scuteri* v. *United States*, Fed. Cl. No. 01-358T; and *Dismore* v. *United States*, Fed. Cl. No. 04-1787T. The parties will notify the court of a final decision or alternate resolution of *Isler*, *Scuteri*, and *Dismore*.

Additionally, the parties will file a Joint Status Report with the court every six months.

**IT IS SO ORDERED**.

s/**SUSAN G. BRADEN**
**Judge**