IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-51 T

(Judge Susan G. Braden)

HAROLD C. PERKINS and ALAYNE M. PERKINS,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order dated March 28, 2006, the parties provide the following status report:

1. This case has been suspended since March 28, 2006, pending a final decision in *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, and *Donald L. and Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T.

2. On October 8, 2004, the Court heard oral argument in *Isler,* and *Scuteri*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005, and in *Scuteri* on February 3, 2006, plaintiffs filed their responses on July 17, 2006, and the United States filed its replies on August 28, 2006. On September 25, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in both cases.

3. In *Dismore*, the United States filed a motion to dismiss one of plaintiffs' two

claims on January 6, 2006. Plaintiffs filed their response on March 7, 2006, and the United States filed its reply on March 28, 2006. Oral argument was held on the motion on June 9, 2006. The parties submitted post-oral argument supplemental briefs on July 14, 2006. Plaintiffs filed a motion to amend their complaint on July 14, 2006, which the Court granted, thereby mooting the briefing and argument. Discovery on plaintiffs' remaining claim is proceeding.

4. On August 24, 2006, the Court issued a scheduling order in *Charles L. Ivey and Doris W. Ivey v. United States*, Fed. Cl. No. 05-223T, directing that the stay entered in that AMCOR case shall automatically terminate on May 22, 2007, and that the parties shall file a Joint Status Report on or before May 23, 2007, proposing a schedule for future proceedings in *Ivey*. The *Ivey* case presents issues of fact and law in common with *Isler*, *Scuteri*, and *Dismore*.

5. Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on his behalf.

Respectfully submitted,

9/28/2006 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

9/28/2006 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26

Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

9/28/2006 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant