# In the United States Court of Federal Claims

No. 06-51T
Filed: January 5, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| HAROLD C. PERKINS and | * |
| ALAYNE M. PERKINS, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Pursuant to a telephone status conference held on January 4, 2007, this case is hereby stayed until March 15, 2007. A telephone status conference will be held on March 15, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED**.

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**