# In the United States Court of Federal Claims

No. 06-51T
Filed: September 17, 2007

***********************************
*
HAROLD C. PERKINS and *
ALAYNE M. PERKINS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

On March 28, 2006, the court stayed this case pending a final decision in *Isler v. United States*, Fed. Cl. No. 01-344T, *Scuteri v. United States*, Fed. Cl. No. 01-358T, and *Dismore v. United States*, Fed. Cl. No. 04-1787T.

On September 6, 2007, the court convened a telephone status conference and heard from counsel regarding the status of the aforementioned cases and the pending litigation. After hearing arguments from both parties, the court determined that *Isler* and *Scuteri* do not involve issues necessary to decide the pending case. Additionally, the court decided to proceed with the pending litigation without waiting for resolution in *Dismore*.

Pursuant to the September 6, 2007 status conference, the court hereby lifts the stay and orders the Government to file an answer by November 5, 2007.

**IT IS SO ORDERED**.

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**