IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-51 T

(Judge Susan G. Braden)

HAROLD C. PERKINS and ALAYNE M. PERKINS,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT AND MOTION FOR TERMINATION OF STATUS REPORT REQUIREMENT

Pursuant to the Court's Order dated March 28, 2006, the parties provide the following status report:

1. This case was suspended on March 28, 2006, pending a final decision in *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, and *Donald L. and Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T. The order suspending the case required the parties to notify the Court of a final decision or alternate resolution of *Isler*, *Scuteri*, and *Dismore*, and also required the parties to file a joint status report with the Court at six month intervals.

2. On September 17, 2007, the Court lifted the stay and ordered defendant to file an answer by November 5, 2007. As the Court indicated when lifting the stay, the type of claims at issue in this case have not yet been litigated in *Isler* and *Scuteri*.

In addition, the Court decided to lift the stay in this case and not wait for the resolution of

*Dismore*. The day after the Court lifted the stay, on September 18, 2007, *Dismore* was dismissed for lack of prosecution (and judgment entered September 27, 2007).

In prior joint status reports, the parties also reported on *Charles L. Ivey and Doris W. Ivey v. United States*, Fed. Cl. No. 05-223T, an AMCOR case raising a termination year claim. On September 14, 2007, that case was voluntarily dismissed.

3. At present, in addition to this case, there are two other AMCOR termination year cases currently moving forward, *Schell*, Fed. Cl. No. 04-1743 T, and *Jewell*, Fed. Cl. No. 06-228 T. Status conferences are scheduled for Friday, October 5, 2007, in other such cases.

4. In light of the foregoing, the parties request that the Court terminate the joint status report requirement established in this case by the Court's March 28, 2006 order.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report and joint motion on his behalf.

Respectfully submitted,

9/28/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

9/28/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

9/28/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant