# In the United States Court of Federal Claims

No. 06-51T
Filed: October 2, 2007

***********************************

HAROLD C. PERKINS and
ALAYNE M. PERKINS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

***********************************

**ORDER**

The Joint Motion for Termination of Status Report Requirement is hereby granted, and the status report requirement established on March 28, 2006 is terminated.

**IT IS SO ORDERED**.

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**