IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAROLD C. PERKINS and ALAYNE M. PERKINS | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 06-51T |
| | § | |
| | § | JUDGE BRADEN |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' VOLUNTARY STIPULATION OF DISMISSAL

Plaintiffs Harold C. Perkins and Alayne M. Perkins ("Plaintiffs" or the "Perkinses"), after consultation with counsel, hereby stipulate to dismiss the above styled and numbered cause of action pursuant to RCFC 41. This matter is not a class action and not subject to RCFC 23. There are no other parties that could or should be joined in this matter or have an interest in the outcome of this matter. The United States has not yet filed an answer in this action.

Respectfully submitted,

/s/ Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

The undersigned counsel for plaintiffs conferred with counsel for the United States regarding the basis for this voluntary dismissal and notified the United States of plaintiffs' intent to dismiss this action on October 29, 2007.

/s/ Teresa J. Womack
Teresa J. Womack



R:\DOCS\TAXCONT.T\tmwsO307.pe1.wpd